■ CAROL M. JENDRAS, Respondent, v DOUGLAS M. JENDRAS, Appellant. [918 NYS2d 882]—

The amount and duration of an award of maintenance " 'is a matter committed to the sound discretion of the trial court, and every case must be determined on its own unique facts' " (*Giokas v Giokas*, 73 AD3d 688, 688 [2010], quoting *Wortman v Wortman*, 11 AD3d 604, 606 [2004]). Under the circumstances of this case, the Supreme Court's award of maintenance to the plaintiff in the sum of $50,000 annually for a period of four years was excessive. In light of, inter alia, the property and

income of the respective parties and the reasonable needs of the plaintiff, we find that an award in the sum of $25,000 annually for a maximum period of four years is appropriate (*see* Domestic Relations Law § 236 [B] [6] [a]; *Haines v Haines*, 44 AD3d 901 [2007]). Further, the order should have included a provision that the award of maintenance will terminate upon the death of either party or the plaintiff's remarriage, whichever shall occur sooner (*see* Domestic Relations Law § 236 [B] [1] [a]; *McLoughlin v McLoughlin*, 63 AD3d 1017, 1018 [2009]; *Haines v Haines*, 44 AD3d at 903). Prudenti, P.J., Rivera, Lott and Miller, JJ., concur.